# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Taryn Watts, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Portfolio Recovery Associates, )<br>LLC, )<br>)<br>   Defendant. ) | Civil Action File No.:<br>1:23-cv-00074-CAP-JEM |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Taryn Watts, by and through undersigned counsel, hereby dismisses this action against Defendant, Portfolio Recovery Associates, LLC, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 1st day of March, 2023.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Portfolio Recovery Associates, LLC, with adequate postage affixed thereto and addressed as follows:

Shaun R. Fathallah,
PRA Group
130 Corporate Boulevard
Norfolk, VA  23502

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*